OTTO E. FRANZ, Respondent, v. NINTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GILLICAN-CHIPLEY COMPANY, INCORPORATED, Appellant, v. BUR-MAC CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THOMAS CLARKE, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DAVID FUTTERFAS, Appellant, v. BENJAMIN ABRAHAMS, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNA DUNCAN MATTHIESEN and Another, Doing Business under the Firm Name of DUNCAN HIGGINS & COMPANY, Appellants, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve and file a further amended complaint within twenty days from service of order upon payment of said costs and the costs awarded to the defendant by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARATIERO TULLO and Another, Appellants, Impleaded with Others.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE UNITED CORK COMPANIES, Respondent, v. ANTHONY F. RODERICK and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHESTER A. BRAMAN and Others, Copartners, etc., Respondents, v. BRIELL-RODGERS COTTON GOODS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FINN SANDBERG, RAYNES & LEE, INC., Respondent, v. DOUGLAS ROGERS COMPANY, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NATIONAL AIRPHONE CORPORATION, Respondent, v. ALBANY RADIO CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN J. HAGERTY, Respondent, v. MANUFACTURERS' LIABILITY INSURANCE COMPANY OF NEW JERSEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LEWIS N. ROSENBAUM, Respondent, v. JOHN E. NEELY and Others, Appellants.— Order so far as it denies motion to vacate warrant of attachment affirmed, without costs; so far as it denies motion to vacate levy and to vacate the order for service of summons by publication reversed and motion in said respects granted, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.